UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERRY A. DUMFORD, | Civil No. 3:06-cv-5691-RBL-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to an Administrative Law Judge (ALJ), the ALJ will reevaluate the medical evidence, including the opinion of State Agency physician, Dr. Peterson. The ALJ will also reevaluate the Plaintiff's testimony, as well as, the lay

Page 1      ORDER - [3:06-cv-5691-RBL-KLS]

witness testimony. The ALJ will reevaluate Plaintiff's residual functional capacity. The ALJ will then perform a new step four, and if necessary, a step five analysis. If necessary, the ALJ will obtain vocational expert testimony. The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

DATED this 7th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov

Page 2　　ORDER - [3:06-cv-5691-RBL-KLS]