UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERRY A. DUMFORD,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C06-5691-RBL<br><br><br><br>PROPOSED ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that EAJA attorney's fees of $7,481.21 and expenses of $18.78 and costs of -0-, for a total of $7,499.99 shall be paid to the order of Plaintiff's attorney, Rosemary B. Schurman, for work performed in this case in this Court.

///

///

Page 1    PROPOSED ORDER- [C06-5691-RBL]

1  DATED this 6th day of August, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-3749
Fax:      206-615-2531
jamala.edwards@ssa.gov

Page 2      PROPOSED ORDER- [C06-5691-RBL]