# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERRY A. DUMFORD

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5691RBL/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **8/6/07**. Plaintiff is entitled to reasonable attorneys fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

| August 7, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |